1038

No. 82–550.  SHOP & SAVE FOOD MARKETS, INC. v. PNEUMO CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–554.  MCKENZIE ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 82–555.  WATSON ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–561.  JOHNSON v. MARSH, SECRETARY OF THE ARMY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–564.  DIIULIO ET AL. v. BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF NORTHLAKE, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–568.  COUSINO v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 82–571.  PAYNE ET AL. v. TRAVENOL LABORATORIES, INC., ET AL.; and
No. 82–589.  TRAVENOL LABORATORIES, INC., ET AL. v. PAYNE ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 673 F. 2d 798.

No. 82–572.  GREAT LAKES PRESS CORP. ET AL. v. HOWES.  C. A. 2d Cir.  Certiorari denied.

No. 82–578.  BRADY v. ALLSTATE INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 82–580.  DEMASI ET AL. v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 82–582.  ASHMORE ET AL. v. TARRANT COUNTY ET AL.  Sup. Ct. Tex.  Certiorari denied.